**United States Bankruptcy Court**
Western District of Pennsylvania

In re: David F Delmastro
Debtor(s)

Case No. 21-21420
Chapter 13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **David F Delmastro**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date: July 20, 2021

Signature: /s/ David F Delmastro
David F Delmastro
Debtor

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | 04/24/21 |
| 2. Pay Date | 05/06/21 |
| 3. Name | DELMASTRO DAVID F |
| 4. Pay Plan/Grade/Step | GS 12 06 |
| 5. Hourly/Daily Rate | 44.61 |
| 6. Basic OT Rate | 44.61 |
| 7. Basic Pay + Locality Adj = Adjusted Basic Pay | 77969.00  15126.00  93095.00 |
| 8. Soc Sec No | ***-**-5017 |
| 9. Locality % | 19.40 |
| 10. FLSA Category | E |
| 11. SCD Leave | 03/07/04 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/01/22 |
| 14. Financial Institution - Net Pay | M E M FEDERAL CREDIT UNION |
| 15. Financial Institution - Allotment #1 | M E M FEDERAL CREDIT UNION |
| 16. Financial Institution - Allotment #2 | M E M FEDERAL CREDIT UNION |
| 19. Cumulative Retirement | FERS: 9569.64 |

### 17. Tax
| | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | S | | 0 |
| PA | S | 0 | 0 |

### 18. Tax
| | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| 422450 | S | 0 | 0 | SOUTH PARK T NR |
| 422253 | S | 0 | 0 | ROSTRAVER TWP |

### 21.
| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 3568.80 | 32084.00 |
| TAXABLE WAGES | 3396.43 | 30536.34 |
| NONTAXABLE WAGES | 100.99 | 905.95 |
| TAX DEFERRED WAGES | 71.38 | 641.71 |
| DEDUCTIONS | 2284.58 | 20351.54 |
| AEIC | | |
| NET PAY | 1284.22 | 11732.46 |

### 22. TSP DATA: 2%

### CURRENT EARNINGS
| TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|
| REGULAR PAY | 80.00 | 3568.80 |

### DEDUCTIONS
| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (2) | 921.00 | 8289.00 | FEGLI | K0 | 14.40 | 129.45 |
| FEGLI OPTNL | B | 37.60 | 202.82 | FEHB | 111 | 78.60 | 704.74 |
| MEDICARE | | 50.28 | 452.08 | OASDI | | 277.14 | 2430.08 |
| RETIRE, FERS | K | 28.55 | 256.87 | TAX, FEDERAL | | 517.39 | 4620.94 |
| TAX, LST | 422450 | 2.00 | 18.00 | TAX, LOCAL | 422253 | 34.68 | 311.80 |
| TAX, STATE | PA | 106.46 | 957.15 | TSP LOANS | 116003R | 43.11 | 387.99 |
| TSP LOANS | 816005G | 83.10 | 747.90 | TSP SAVINGS | | 71.38 | 641.71 |
| DENTAL | | 15.74 | 141.36 | VISION | | 6.65 | 59.85 |

### LEAVE
| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 164.50 | 8.00 | 64.00 | 4.00 | 40.00 | | 188.50 | 82.50 |
| SICK | 19.00 | 4.00 | 32.00 | | 28.00 | | 23.00 | |
| CREDIT HOURS | | 1.50 | 7.90 | 7.00 | 3.00 | | | |
| HOLIDAY | | | | | 8.00 | | | |
| ADMIN | | | | 4.00 | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU
| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 7.20 | 64.73 | FEHB | 235.82 | 2114.40 |
| MEDICARE | 50.28 | 452.08 | OASDI | 215.01 | 1933.04 |
| RETIRE, FERS | 617.40 | 5550.51 | TSP BASIC | 35.69 | 320.86 |
| TSP MATCHING | 71.38 | 641.71 | | | |

### REMARKS
$ 62.13 COLLECTED THIS PAY PERIOD FOR A $ 1491.04 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $ 994.00) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97381400 - DEPARTMENT OF ENERGY.
MISSED TAX DAY? CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
MYPAY NOW HAS A NEW TWO-FACTOR AUTHENTICATION FEATURE. FIND OUT MORE:
HTTPS://WWW.DFAS.MIL/2FA/
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
AS A FEDERAL EMPLOYEE, YOU ARE EXPECTED TO SATISFY YOUR FINANCIAL OBLIGATIONS; ESPECIALLY,
FEDERAL, STATE, OR LOCAL TAXES THAT ARE IMPOSED BY LAW.  FOR ASSISTANCE IN MEETING YOUR
TAX OBLIGATION(S), CONTACT THE APPLICABLE TAXING AUTHORITY.
PRETAX FEHB EXCLUSION $ 78.60
LIFE INSURANCE AGE CATEGORY CHANGED.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | 05/22/21 |
| 2. Pay Date | 06/03/21 |
| 3. Name | DELMASTRO DAVID F |
| 4. Pay Plan/Grade/Step | GS 12 06 |
| 5. Hourly/Daily Rate | 44.61 |
| 6. Basic OT Rate | 44.61 |
| 7. Basic Pay + Locality Adj = Adjusted Basic Pay | 77969.00  15126.00  93095.00 |
| 8. Soc Sec No | ***-**-5017 |
| 9. Locality % | 19.40 |
| 10. FLSA Category | E |
| 11. SCD Leave | 03/07/04 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/01/22 |
| 14. Financial Institution - Net Pay | M E M FEDERAL CREDIT UNION |
| 15. Financial Institution - Allotment #1 | M E M FEDERAL CREDIT UNION |
| 16. Financial Institution - Allotment #2 | M E M FEDERAL CREDIT UNION |

### 17. Tax
| | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | S | 1 | 0 |
| PA | S | 0 | 0 |

### 18. Tax
| | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| 422450 | S | 0 | 0 | SOUTH PARK T NR |
| 422253 | S | 0 | 0 | ROSTRAVER TWP |

19. Cumulative Retirement: FERS: 9616.74
20. Military Deposit:

### 21.
| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 3568.80 | 39221.60 |
| TAXABLE WAGES | 3396.43 | 37329.20 |
| NONTAXABLE WAGES | 100.99 | 1107.93 |
| TAX DEFERRED WAGES | 71.38 | 784.47 |
| DEDUCTIONS | 2284.59 | 24920.70 |
| AEIC | | |
| NET PAY | 1284.21 | 14300.90 |

22. TSP DATA: 2%

## CURRENT EARNINGS
| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PA | 80.00 | 3568.80 | | | | | | |

## DEDUCTIONS
| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (2) | 921.00 | 10131.00 | FEGLI | R0 | 14.40 | 158.40 |
| FEGLI OPTNL | B | 37.60 | 278.02 | FEHB | 111 | 75.60 | 851.94 |
| MEDICARE | | 50.29 | 552.65 | OASDI | | 277.14 | 2984.35 |
| RETIRE, FERS | K | 28.55 | 313.77 | TAX, FEDERAL | | 513.89 | 5648.72 |
| TAX, LST | 422450 | 2.00 | 22.00 | TAX, LOCAL | 422253 | 34.68 | 381.16 |
| TAX, STATE | PA | 106.46 | 1170.07 | TSP LOANS | 116003F | 43.11 | 474.21 |
| TSP LOANS | 816005G | 83.10 | 914.10 | TSP SAVINGS | | 71.38 | 784.47 |
| DENTAL | | 15.74 | 172.84 | VISION | | 6.65 | 73.15 |

## LEAVE
| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 164.50 | 8.00 | 80.00 | 8.00 | 48.00 | | 196.50 | 84.50 |
| SICK | 19.00 | 4.00 | 40.00 | | 28.00 | | 31.00 | |
| CREDIT HOURS | | | 0.00 | | 0.00 | | 0.00 | |
| HOLIDAY | | | | | 8.00 | | | |
| ADMIN | | | | | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU
| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 7.20 | 79.13 | FEHB | 235.82 | 2588.04 |
| MEDICARE | 50.29 | 552.65 | OASDI | 215.01 | 2363.05 |
| RETIRE, FERS | 617.40 | 6785.31 | TSP BASIC | 35.69 | 392.23 |
| TSP MATCHING | 71.38 | 784.47 | | | |

## REMARKS
$ 62.10 COLLECTED THIS PAY PERIOD FOR A $ 1491.04 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE OF $89.74) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
OUR PAYROLL OFFICE ID NUMBER IS 97381400 - DEPARTMENT OF ENERGY.
MYPAY NOW HAS A NEW TWO-FACTOR AUTHENTICATION FEATURE. FIND OUT MORE:
HTTPS://WWW.DFAS.MIL/2FA/
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $ 75.60

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 06/05/21 |
| 2. Pay Date | | 06/17/21 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| DELMASTRO DAVID F | GS  12  06 | 44.61 | 44.61 | 77969.00    15126.00    93095.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-5017 | 19.40 | E | 03/07/04 | 240 | 01/01/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| M E M FEDERAL CREDIT UNION | M E M FEDERAL CREDIT UNION | M E M FEDERAL CREDIT UNION |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | | 0 | 422450 | S | 0 | 0 | SOUTH PARK T NR | FERS:  9645.29 | |
| PA | S | | 0 | 422253 | S | 0 | 0 | ROSTRAVER TWP | | |

| 21 | Current | Year to Date | 22 | |
|---|---|---|---|---|
| GROSS PAY | 3568.80 | 42790.40 | TSP DATA | 2% |
| TAXABLE WAGES | 3396.43 | 40725.63 | | |
| NONTAXABLE WAGES | 100.99 | 1208.92 | | |
| TAX DEFERRED WAGES | 71.38 | 855.85 | | |
| DEDUCTIONS | 2284.57 | 27205.27 | | |
| AEIC | | | | |
| NET PAY | 1284.23 | 15585.13 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 3568.80 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (2) | 921.00 | 11052.00 | FEGLI | 80 | 14.40 | 172.65 |
| FEGLI OPTNL | B | 37.60 | 315.62 | FEHB | 111 | 78.60 | 940.94 |
| MEDICARE | | 50.28 | 602.93 | OASDI | | 277.13 | 3261.48 |
| RETIRE, FERS | K | 28.55 | 342.32 | TAX, FEDERAL | | 513.89 | 6162.61 |
| TAX, LST | 422450 | 2.00 | 24.00 | TAX, LOCAL | 422253 | 34.68 | 415.84 |
| TAX, STATE | PA | 106.46 | 1276.53 | TSP LOANS | 116003P | 43.11 | 517.32 |
| TSP LOANS | 816005G | 83.10 | 997.20 | TSP SAVINGS | | 71.38 | 855.85 |
| DENTAL | | 15.74 | 188.58 | VISION | | 6.65 | 79.80 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 164.50 | 8.00 | 88.00 | 8.00 | 56.00 | | 196.50 | 16.50 |
| SICK | 19.00 | 4.00 | 44.00 | | 28.00 | | 35.00 | |
| CREDIT HOURS | | | 9.00 | | 6.00 | | 3.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |
| ADMIN | | | | 2.00 | 18.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 7.20 | 86.33 | FEHB | 235.82 | 2821.84 |
| MEDICARE | 50.28 | 602.93 | OASDI | 215.00 | 2578.05 |
| RETIRE, FERS | 617.40 | 7402.71 | TSP BASIC | 35.69 | 427.93 |
| TSP MATCHING | 71.38 | 855.85 | | | |

### REMARKS

$ 62.13 COLLECTED THIS PAY PERIOD FOR A $ 1491.04 (LESS AMT APPLIED LEAVES A REMAINING BALANCE $ 807.61) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97381400 - DEPARTMENT OF ENERGY.
MYPAY NOW HAS A NEW TWO-FACTOR AUTHENTICATION FEATURE. FIND OUT MORE:
HTTPS://WWW.DFAS.MIL/2FA/
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $  78.60

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED