# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Case No. 21-21420-GLT** |
| **David Delmastro,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **David Delmastro,** | : | **Related to Doc. No. 33** |
| S. S. No. xxx-xx-5017 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **DFAS** | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND LOCAL FORM 12

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 27, 2021, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: August 27, 2021

/s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

**MATRIX**

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

DFAS
Agent for Dept. of Energy
ATTENTION: PAYROLL MANAGER
1240 E 9th Street Room 1907
Cleveland, OH 44199

David Delmastro
126 Lynnwood Avenue
Belle Vernon PA 15012