# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David F. Delmastro<br>Debtor(s)<br><br>LAKEVIEW LOAN SERVICING LLC<br>Movant<br>vs.<br><br>David F. Delmastro<br>Debtor(s)<br><br>Ronda J. Winnecour,<br>Trustee | BK NO. 21-21420 GLT<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Brian Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 03, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
David F. Delmastro
126 Lynnwood Avenue
Belle Vernon, PA 15012

Attorney for Debtor(s)
Paul W. McElrath, Jr., Esq.
McElrath Legal Holdings, LLC.

1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: January 03, 2022

       /s/ Brian C. Nicholas, Esquire
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
 bnicholas@kmllawgroup.com