**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID F DELMASTRO | Case No. 21-21420GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>MEM FEDERAL CREDIT UNION++ | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> CREDITOR UNION HAS INFORMED TRUSTEE THAT THE ORIGINAL CREDIT UNION HAS MERGED WITH ANOTHER.  NO PROOF OF CLAIM OR TRANSFER OF CLAIM HAS BEEN FILED.

| | |
|---|---|
| MEM FEDERAL CREDIT UNION++<br>BURWEETON RESEARCH CENTER<br>BLDG. 140, P.O. BOX 18269<br>PITTSBURGH, PA 15236 | Court claim# /Trustee CID# 6 |

The Movant further certifies that on 10/03/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
DAVID F DELMASTRO, 126 LYNNWOOD AVENUE, BELLE VERNON, PA  15012

DEBTOR'S COUNSEL:
PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA  15210

ORIGINAL CREDITOR:
MEM FEDERAL CREDIT UNION++, BURWEETON RESEARCH CENTER, BLDG. 140, P.O. BOX 18269, PITTSBURGH, PA 15236

:
CENTURY HERITAGE FCU*, 700 REGIS AVE, PITTSBURGH, PA  15236

ORIGINAL CREDITOR'S COUNSEL:
JAMES A STEINER ESQ, 1230 HULTON RD, OAKMONT, PA  15139

NEW CREDITOR: