**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID F DELMASTRO | Case No. 21-21420GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>MEM FEDERAL CREDIT UNION++ | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> CREDITOR UNION HAS INFORMED TRUSTEE THAT THE ORIGINAL CREDIT UNION HAS MERGED WITH ANOTHER. NO PROOF OF CLAIM OR TRANSFER OF CLAIM HAS BEEN FILED.

| | |
|---|---|
| MEM FEDERAL CREDIT UNION++<br>BURWEETON RESEARCH CENTER<br>BLDG. 140, P.O. BOX 18269<br>PITTSBURGH, PA 15236 | Court claim# /Trustee CID# 7 |

The Movant further certifies that on 10/03/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DAVID F DELMASTRO, 126 LYNNWOOD AVENUE, BELLE VERNON, PA  15012 | DEBTOR'S COUNSEL:<br>PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA  15210 |
| ORIGINAL CREDITOR:<br>MEM FEDERAL CREDIT UNION++, BURWEETON RESEARCH CENTER, BLDG. 140, P.O. BOX 18269, PITTSBURGH, PA 15236 | :<br>CENTURY HERITAGE FCU*, 700 REGIS AVE, PITTSBURGH, PA  15236 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JAMES A STEINER ESQ, 1230 HULTON RD, OAKMONT, PA  15139 | |
| NEW CREDITOR: | |