FILED
2/24/23 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 040846845

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| David F Delmastro, ) | Bankruptcy No. 21-21420-GLT |
| Debtor, ) | |
| ) | Chapter 13 |
| HTD Leasing LLC, dba ) | |
| Ford Motor Credit Company, LLC ) | |
| Movant, ) | Related to Docket No. 51 |
| ) | |
| v. ) | |
| ) | |
| David F Delmastro, Debtor ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondents, ) | |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM**
**AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(3)**

This cause came on for hearing this 24th Day of February, 2023, in said District, upon the Motion of HTD Leasing LLC, dba Ford Motor Credit Company, LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that HTD Leasing LLC, dba Ford Motor Credit Company, LLC, Movant herein, is a creditor of the estate by virtue of a certain Motor Vehicle Lease Agreement with the Debtor, secured by a 2019 Ford F150, VIN: 1FTFW1E40KFC24430; that Debtor has failed to turn in the collateral on a terminated lease, or otherwise, provide his intentions on the lease to Movant; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that HTD Leasing LLC, dba Ford Motor Credit Company, LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay imposed in Fed. Bankr. Rule 4001(a)(3) is waived

Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee, and the US trustee. Movant shall file a Certificate of Service within (3) business days.

Honorable Gregory L. Taddonio
United States Bankruptcy Judge

Submitted by:
Garry Masterson
Weltman, Weinberg & Reis Co., L.P.A.
Attorney of Movant
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21420-GLT |
| David F Delmastro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David F Delmastro, 126 Lynnwood Avenue, Belle Vernon, PA 15012-2202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | |
| | on behalf of Creditor HTD Leasing LLC  dba Ford Motor Company, LLC pitecf@weltman.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | |
| | on behalf of Debtor David F Delmastro ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Feb 24, 2023     Form ID: pdf900     Total Noticed: 1
TOTAL: 6