WWR# 040846845

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| David F Delmastro ) | |
| ) | Bankruptcy No. 21-21420-GLT |
| Debtor ) | |
| ) | Chapter 13 |
| HTD Leasing LLC, dba ) | |
| Ford Motor Credit Company, LLC ) | |
| Movant ) | Related to Doc No: 55 |
| ) | |
| v. ) | |
| ) | |
| David F Delmastro, Debtor ) | |
| Ronda J Winnecour, Trustee ) | |
| Respondents ) | |
| ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(A)(3)**

I, Garry Masterson, certify under penalty of perjury that I served the above captioned Default Order on the parties below, on 02/27/2023.

**Service by First-Class Mail**:

David F Delmastro, Debtor
126 Lynnwood Avenue
Belle Vernon, PA 15012

**and Service by NEF/ECF**:

Paul W McElrath, Jr., Debtors Attorney at ecf@mcelrathlaw.com
Ronda J Winnecour, Trustee at cmecf@chapter13trusteewdpa.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.pi.ecf@usdoj.gov

EXECUTED ON: 2/27/2023          By:      /s/Garry Masterson
                                          Garry Masterson, Bar No. CA297208
                                          Weltman, Weinberg & Reis Co., L.P.A.
                                          Attorney for Movant
                                          965 Keynote Circle
                                          Brooklyn Heights, OH 44131
                                          216-672-6984
                                          gmasterson@weltman.com