**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/15/2023

IN RE:

| | |
|---|---|
| DAVID F DELMASTRO | Case No.21-21420 GLT |
| 126 LYNNWOOD AVENUE | |
| BELLE VERNON,  PA  15012 | Chapter 13 |
| XXX-XX-5017          Debtor(s) | |

---

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/15/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| SYNCHRONY BANK | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  3020 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  SAMS CLUB/PRAE | |

| GRB LAW** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |

| KML LAW GROUP PC* | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LAKEVIEW LN/PRAE | |

| FORD MOTOR CREDIT COMPANY LLC(*) | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| DEPT 55953 | Court Claim Number:3-2 | ACCOUNT NO.:  5159 |
| PO BOX 55000 | | |
| | CLAIM:  7,552.71 | |
| DETROIT, MI  48255-0953 | COMMENT:  RS/OE*LEASE/SCH*TTL=7526.85/PL*PMT/CL-PL*AMD CL=0 | |

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| C/O M & T BANK | Court Claim Number:20 | ACCOUNT NO.:  4733 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  0.00 | |
| BUFFALO, NY  14240-1288 | COMMENT:  PMT/DECL*DK4LMT*BGN 7/21 | |

| CENTURY HERITAGE FCU* | Trustee Claim Number:6   INT %: 4.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| 700 REGIS AVE | Court Claim Number:22-2 | ACCOUNT NO.:  3540 |
| | CLAIM:  3,906.00 | |
| PITTSBURGH, PA  15236 | COMMENT:  $CL-PL@4%/PL*MEM FCU/PL*DK*AMD*LATE | |

| CENTURY HERITAGE FCU* | Trustee Claim Number:7   INT %: 4.00% | CRED DESC:  VEHICLE |
|---|---|---|
| 700 REGIS AVE | Court Claim Number:21-2 | ACCOUNT NO.:  3520 |
| | CLAIM:  15,412.00 | |
| PITTSBURGH, PA  15236 | COMMENT:  $CL-PL@4%/PL*MEM FCU/PL*DK*AMD*LATE | |

| AMERICAN EXPRESS | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 981537 | Court Claim Number: | ACCOUNT NO.:  0843 |
| | CLAIM:  0.00 | |
| EL PASO, TX  79998 | COMMENT:  NO$/SCH | |

| BANK OF AMERICA** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| RETAIL PAYMENT SERVICES | Court Claim Number: | ACCOUNT NO.:  9496 |
| PO BOX 660933 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0933 | COMMENT:  NT ADR~NO$/SCH | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:10 | ACCOUNT NO.:  6564 |
| | CLAIM:  3,744.32 | |
| NORFOLK, VA  23541 | COMMENT:  BARCLAYS | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BBY/CBNA** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 6497 | Court Claim Number: | ACCOUNT NO.:  6800 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  NO$/SCH | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:11 | ACCOUNT NO.:  2296 |
| | CLAIM:  1,220.01 | |
| NORFOLK, VA  23541 | COMMENT:  CAPITAL ONE | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:9 | ACCOUNT NO.:  4362 |
| | CLAIM:  2,961.70 | |
| NORFOLK, VA  23541 | COMMENT:  CAPITAL ONE/WALMART | |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:6 | ACCOUNT NO.:  1339 |
| | CLAIM:  505.38 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  HSBC BANK | |
| **CITIBANK NA**** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:17 | ACCOUNT NO.:  5943 |
| | CLAIM:  1,657.60 | |
| LOUISVILLE, KY  50325-3439 | COMMENT:  SHOP YOU WAY REWARDS | |
| **CITIBANK NA**** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:16 | ACCOUNT NO.:  0170 |
| | CLAIM:  1,011.12 | |
| LOUISVILLE, KY  50325-3439 | COMMENT: | |
| **LVNV FUNDING LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7 | ACCOUNT NO.:  9406 |
| PO BOX 10587 | | |
| | CLAIM:  9,999.82 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NO$/SCH*CITIBANK/COSTCO | |
| **CITIBANK**** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.:  1297 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117-6214 | COMMENT:  NT ADR/SCH | |
| **DISCOVER BANK(*)** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.:  6248 |
| PO BOX 3025 | | |
| | CLAIM:  2,387.47 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |
| **US BANK NA D/B/A ELAN FINANCIAL SERVICES** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5227 | Court Claim Number:13 | ACCOUNT NO.:  5048 |
| | CLAIM:  7,203.88 | |
| CINCINNATI, OH  45201-5227 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FIFTH THIRD BANK** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN CONSUMER BKRPTCY PMT DIVISION** | Court Claim Number:5 | ACCOUNT NO.:  3244 |
| 1830 EAST PARIS SE MS#RSCB3E | | |
| | CLAIM:  493.93 | |
| GRAND RAPIDS, MI  49546 | COMMENT: | |

| | | |
|---|---|---|
| **HSBC BANK USA NA** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2929 WALDEN AVE | Court Claim Number:18 | ACCOUNT NO.:  6916 |
| | CLAIM:  5,715.76 | |
| DEPEW, NY  14043 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **HUNTINGTON NATIONAL BANK(*)** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number:1 | ACCOUNT NO.:  5071 |
| | CLAIM:  47,715.66 | |
| COLUMBUS, OH  43231 | COMMENT:  LAST ACTIVE /SCH F: 6/2020 | |

| | | |
|---|---|---|
| **MEM FEDERAL CREDIT UNION++** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BURWEETON RESEARCH CENTER | Court Claim Number: | ACCOUNT NO.:  0219 |
| BLDG. 140, P.O. BOX 18269 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15236 | COMMENT: | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 94982 | Court Claim Number:19 | ACCOUNT NO.:  0856 |
| | CLAIM:  3,536.68 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:15 | ACCOUNT NO.:  9096 |
| PO BOX 41031 | | |
| | CLAIM:  1,314.37 | |
| NORFOLK, VA  23541 | COMMENT:  BP*GEMB*GECRB | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:14 | ACCOUNT NO.:  3020 |
| PO BOX 10587 | | |
| | CLAIM:  9,954.24 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NO$~SAMS CLUB*GEMB*GECRB*FR SYNC/PRA*DOC 59 | |

| | | |
|---|---|---|
| **US BANK NA**** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5227 | Court Claim Number:8 | ACCOUNT NO.:  0278 |
| | CLAIM:  3,818.24 | |
| CINCINNATI, OH  45201-5227 | COMMENT: | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WELLS FARGO CARD SERVICES | Court Claim Number:4 | ACCOUNT NO.:  7764 |
| PO BOX 9210 | | |
| | CLAIM:  3,657.59 | |
| DES MOINES, IA  50306 | COMMENT:  5614/SCH*636177764 | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:12 | ACCOUNT NO.:  0001 |
| | CLAIM:  108.23 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |

**CLAIM RECORDS**

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
|---|---|---|
| C/O M & T BANK | Court Claim Number:20 | ACCOUNT NO.: 4733 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM: 1,578.28 | |
| BUFFALO, NY 14240-1288 | COMMENT: 1468/PL@M AND T*THRU 6/21 | |

| FORD MOTOR CREDIT COMPANY LLC(*) | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| DEPT 55953 | Court Claim Number:3-2 | ACCOUNT NO.: 5159 |
| PO BOX 55000 | | |
| | CLAIM: 1,182.08 | |
| DETROIT, MI 48255-0953 | COMMENT: LEASE END DFNCY~EXCESS MILES/WEAR-TEAR*AMD | |