**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                           Case No. 21-21420-GLT
David F. Delmastro
                                                                 Chapter 13
            Debtor(s)
------------------------------------------------------------/

**NOTICE OF ENTRY OF APPEARANCE AS SUBSTITUTION OF COUNSEL FOR DEBTORS**

TO: Clerk of Courts

SIR:

Please enter my appearance on behalf of the Debtor, David F. Delmastro, in the above captioned matter. I request copies of further Notices and Order in accordance with the attached Declaration.

Please enter the address below as the mailing address for Counsel for the Debtor. All notices should be mailed to the following address:

David F. Delmastro
c/o Corey J. Sacca, Esquire
Bononi & Company, P.C.
20 North Pennsylvania Avenue
Greensburg, PA 15601

Executed on : March 1, 2024

Respectfully submitted,

 */s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741

## DECLARATION IN LIEU OF AFFIDAVIT
Regarding Request To Be Added to the Mailing Matrix

I am the Attorney for Debtor, David F. Delmastro, in the above captioned bankruptcy case, and I am authorized by the Debtor to make the accompanying request for notices. The new address shown on the preceding page should be used instead of the existing address and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the former Debtor Counsel's address listed on the matrix, supersedes and cancels all prior requests for notice by the former Debtor Counsel, and**:**

(_)    that there are no other requests to receive notices on behalf of this creditor, or

( X)    that any prior request(s) for notice by or on behalf of this Debtor's former counsel shall be deleted from the matrix.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2024

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741