FILED
1/16/25 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David F. Delmastro,<br>    Debtor(s)<br><br>David F. Delmastro,<br>    Movant(s)<br>        v.<br><br>No Respondent(s) | Bankruptcy No. 21-21420-GLT<br><br>Chapter 13<br><br>Related to Docket No. 70 |

### ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the *MOTION OF THE DEBTOR FOR POSTPETITION FINANCING* Dkt. No. 70 ("Motion") filed by Debtors on December 23, 2024. A Certificate of No Objection ("CNO") was filed on January 16, 2025. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

    1.    The *Motion* Dkt. No. 70 is **GRANTED** as provided by the terms of this *Order*. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

        (a)    the total amount of financing **shall not exceed** $10,000.00; and

(b) the monthly payments made under the financing agreement **shall not exceed 500.00**.

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

(a) an amended chapter 13 plan; and

(b) a report of financing [INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE]

3. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Upon the filing of the report of financing [INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE], the chapter 13 trustee is authorized to cease making payments to [PREPETITION AUTOMOBILE LENDER] on account of [PREPETITION LOAN CLAIM NUMBER]. Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments to [POSTPETITION AUTOMOBILE LENDER] for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5. Notwithstanding the inclusion of the postpetition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the

[POSTPETITION AUTOMOBILE LENDER].

6. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

Prepared by:

Dated: January 16, 2025

*[signature]*
GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21420-GLT |
| David F Delmastro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 16, 2025 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David F Delmastro, 126 Lynnwood Avenue, Belle Vernon, PA 15012-2202 |
| 15526620 | + | James A Steiner, 1230 Hulton Road, Oakmont, PA 15139-1136 |
| 15405587 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 00:03:38 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Jan 16 2025 23:59:00 | HTD Leasing LLC, dba Ford Motor Company, LLC, c/o Weltman, Weinberg & Reis, Co., L.P.A, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2025 01:00:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 16 2025 23:59:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15386094 | + | Email/PDF: bncnotices@becket-lee.com | Jan 17 2025 00:04:36 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15386095 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 16 2025 23:59:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15386096 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 16 2025 23:59:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15386097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 00:03:42 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15386098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2025 00:04:09 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15394289 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2025 00:04:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15386100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2025 01:00:17 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15386101 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 01:00:22 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15386102 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15526621 | + | Email/Text: rmelani@chfcu.org | Jan 17 2025 00:04:12 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| | | | Jan 16 2025 23:59:00 | Century Heritage Federal Credit Union, 700 Regis Avenue, Pittsburgh, PA 15236-1425 |
| 15386103 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 00:03:42 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 15404214 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 01:00:20 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15386104 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 00:04:12 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15387744 | | Email/Text: mrdiscen@discover.com | Jan 16 2025 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15386105 | + | Email/Text: mrdiscen@discover.com | Jan 16 2025 23:59:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15386106 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 16 2025 23:59:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 15386107 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 16 2025 23:59:00 | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15390642 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jan 16 2025 23:59:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 15386108 | + | Email/Text: EBNBKNOT@ford.com | Jan 16 2025 23:59:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15388304 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 01:00:20 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15404872 | ^ | MEBN | Jan 16 2025 23:50:11 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 15386109 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 16 2025 23:59:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 15386110 | + | Email/Text: bankruptcy@huntington.com | Jan 16 2025 23:59:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15397013 | ^ | MEBN | Jan 16 2025 23:50:02 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 15405586 | ^ | MEBN | Jan 16 2025 23:49:56 | LAKEVIEW LOAN SERVICING LLC, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15604138 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 00:03:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15399860 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 00:04:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15386111 | + | Email/Text: camanagement@mtb.com | Jan 16 2025 23:59:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15404957 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2025 23:59:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15386114 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2025 23:59:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15401258 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2025 00:14:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15386115 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2025 00:04:09 | Syncb/bp Dc, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15386116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2025 00:04:39 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15386487 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 00:04:09 | Synchrony Bank by AIS InfoSource, LP as agent, |

Case 21-21420-GLT    Doc 76    Filed 01/18/25    Entered 01/19/25 00:25:37    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15387130 | + | Email/Text: bankruptcy@huntington.com | Jan 16 2025 23:59:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15402324 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 16 2025 23:59:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15400715 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 16 2025 23:59:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 15386117 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 16 2025 23:59:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15402198 | | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2025 00:04:09 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15386118 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2025 00:03:47 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15388445 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2025 00:04:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING LLC |
| 15386099 | | Capital One Bank Usa N |
| 15397001 | | Capital One Bank Usa N |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15396996 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15396997 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15396998 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15396999 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15397000 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15397002 | *+ | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15397003 | *+ | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15397004 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15397005 | *+ | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 15397006 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15397007 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15397008 | * | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 15397009 | *+ | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15397010 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15397011 | *+ | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 15397012 | *+ | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15397014 | *+ | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15397015 | *+ | Mem Credit Union, P O Box 18269, Pittsburgh, PA 15236-0269 |
| 15397016 | *+ | Mem Federal Credit Uni, Po Box 18269, Pittsburgh, PA 15236-0269 |
| 15397018 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15397019 | *+ | Syncb/bp Dc, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15397020 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15403792 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15397021 | * | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15397022 | * | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15386112 | ##+ | Mem Credit Union, P O Box 18269, Pittsburgh, PA 15236-0269 |
| 15386113 | ##+ | Mem Federal Credit Uni, Po Box 18269, Pittsburgh, PA 15236-0269 |

Case 21-21420-GLT    Doc 76    Filed 01/18/25    Entered 01/19/25 00:25:37    Desc Imaged
Certificate of Notice    Page 7 of 7

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 16, 2025 | Form ID: pdf900 | Total Noticed: 48 |

15397017      ##+      Mem Federal Credit Union, Po Box 18269, Pittsburgh, PA 15236-0269

TOTAL: 3 Undeliverable, 28 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:**

**Name**           **Email Address**

Brent J. Lemon
  on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com

Corey J. Sacca
  on behalf of Debtor David F Delmastro csacca@bononilaw.com
  coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Denise Carlon
  on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com

Garry Alan Masterson
  on behalf of Creditor HTD Leasing LLC  dba Ford Motor Company, LLC pitecf@weltman.com, gmasterson@weltman.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7