IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David F. Delmastro<br>                Debtor(s) | Bankruptcy No. 21-21420-GLT<br><br>Chapter 13<br><br>Related to Document No. 79, 80 |

**CERTIFICATE OF SERVICE OF**
**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND LOCAL FORM 12**

    I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on October 28, 2025.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to

        DFAS Agent for Dept. of Energy
        1240 E 9th Street Room 1907
        Cleveland, OH 44199

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  October 28, 2025

                                                                 ***/s/ Corey J. Sacca***
                                                                 Corey J. Sacca, Esquire
                                                                 20 N. Pennsylvania Ave, Suite 201
                                                                 Greensburg, PA  15601-2337
                                                                 csacca@bononilaw.com
                                                                 (724) 832-2499
                                                                 PA ID# 306741