**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/6/26 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DAVID F DELMASTRO

         Debtor(s)
  Ronda J. Winnecour, Trustee
   Movant
      vs.
  DAVID F DELMASTRO

      Respondents

Case No.21-21420GLT

Chapter 13

Related to Docket No. 86

| **ORDER TO STOP PAYROLL DEDUCTIONS** |
| --- |

AND NOW, this _ 6th Day of July, 2026_ , it is hereby ORDERED, ADJUDGED, and DECREED that,

Department Of Defense
Attn: Payroll Department
1240 E 9Th St
Cleveland,OH 44199

is hereby ordered to immediately terminate the attachment of the wages of DAVID F DELMASTRO, social security number XXX-XX-5017.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID F DELMASTRO.

BY THE COURT:

_____
               **drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 21-21420-GLT

David F Delmastro                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

**Recip ID**        **Recipient Name and Address**
db        + David F Delmastro, 126 Lynnwood Avenue, Belle Vernon, PA 15012-2202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Corey J. Sacca | |
| | on behalf of Debtor David F Delmastro csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Garry Alan Masterson | |
| | on behalf of Creditor HTD Leasing LLC  dba Ford Motor Company, LLC pitecf@weltman.com, gmasterson@weltman.com |
| Matthew Fissel | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

District/off: 0315-2                                    User: auto                                                    Page 2 of 2
Date Rcvd: Jul 06, 2026                          Form ID: pdf900                                   Total Noticed: 1

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6