Certificate Number: 15317-PAW-DE-041035687

Bankruptcy Case Number: 21-21420

15317-PAW-DE-041035687

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2026, at 9:01 o'clock AM PDT, David Delmastro completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 30, 2026

By: /s/Carlo Gollayan

Name: Carlo Gollayan

Title: Counselor