Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David F Delmastro**<br>*Debtor(s)* | : | Case No. 21−21420−GLT<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : | |
| v.<br>**No Respondents**<br>*Respondent(s).* | : | Related to Document No. 91<br><br>Hearing Date: 10/21/26 at 11:00 AM |

**ORDER SCHEDULING DATE
<u>FOR RESPONSE AND HEARING ON MOTION</u>**

***AND NOW,*** this ***The 25th of August, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 91 by the Chapter 13 Trustee,

It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

(1) ***On or before October 9, 2026***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***October 21, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* ***SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing*.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-21420-GLT
David F Delmastro Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Aug 25, 2026 Form ID: 604 Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David F Delmastro, 126 Lynnwood Avenue, Belle Vernon, PA 15012-2202 |
| 15526620 | + | James A Steiner, 1230 Hulton Road, Oakmont, PA 15139-1136 |
| 15386112 | + | Mem Credit Union, P O Box 18269, Pittsburgh, PA 15236-0269 |
| 15386113 | + | Mem Federal Credit Uni, Po Box 18269, Pittsburgh, PA 15236-0269 |
| 15397017 | + | Mem Federal Credit Union, Po Box 18269, Pittsburgh, PA 15236-0269 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2026 02:02:48 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Aug 26 2026 01:53:00 | HTD Leasing LLC, dba Ford Motor Company, LLC, c/o Weltman, Weinberg & Reis, Co., L.P.A, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2026 02:02:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 26 2026 01:52:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2026 02:02:49 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15386094 | + | Email/PDF: bncnotices@becket-lee.com | Aug 26 2026 02:02:21 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15386095 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 26 2026 01:52:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15386096 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 26 2026 01:52:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15386097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:53 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15386098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2026 02:02:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15394289 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2026 02:02:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15386100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2026 02:02:36 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15386101 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:40 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

| | | | | |
|---|---|---|---|---|
| 15386102 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:38 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15526621 | + | Email/Text: rmelani@chfcu.org | Aug 26 2026 01:53:00 | Century Heritage Federal Credit Union, 700 Regis Avenue, Pittsburgh, PA 15236-1425 |
| 15386103 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:26 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 15404214 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15386104 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:28 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15387744 | | Email/Text: mrdiscen@discover.com | Aug 26 2026 01:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15386105 | + | Email/Text: mrdiscen@discover.com | Aug 26 2026 01:52:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15386106 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 26 2026 01:53:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 15386107 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 26 2026 01:53:00 | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15390642 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Aug 26 2026 01:52:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 15386108 | + | Email/Text: EBNBKNOT@ford.com | Aug 26 2026 01:53:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15388304 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2026 02:02:35 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15404872 | ^ | MEBN | Aug 26 2026 01:50:34 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 15386109 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 26 2026 01:52:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 15386110 | + | Email/Text: bankruptcy@huntington.com | Aug 26 2026 01:52:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15397013 | ^ | MEBN | Aug 26 2026 01:50:36 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 15405586 | ^ | MEBN | Aug 26 2026 01:50:21 | LAKEVIEW LOAN SERVICING LLC, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15604138 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 02:02:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15399860 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 02:02:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15386111 | + | Email/Text: camanagement@mtb.com | Aug 26 2026 01:52:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15404957 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2026 01:52:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15386114 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2026 01:52:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15401258 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2026 02:02:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15405587 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 26 2026 01:53:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15386115 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2026 02:02:34 | Syncb/bp Dc, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15386116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2026 02:02:36 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15386487 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2026 02:02:46 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15387130 | + | Email/Text: bankruptcy@huntington.com | Aug 26 2026 01:52:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15402324 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 26 2026 01:53:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15400715 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 26 2026 01:53:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 15386117 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 26 2026 01:53:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15402198 | | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2026 02:02:40 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15386118 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 26 2026 02:02:48 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15388445 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 26 2026 02:02:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING LLC |
| 15386099 | | Capital One Bank Usa N |
| 15397001 | | Capital One Bank Usa N |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15396996 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15396997 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15396998 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15396999 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15397000 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15397002 | *+ | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15397003 | *+ | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15397004 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15397005 | *+ | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 15397006 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15397007 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15397008 | * | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 15397009 | *+ | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15397010 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15397011 | *+ | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 15397012 | *+ | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15397014 | *+ | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15397015 | *+ | Mem Credit Union, P O Box 18269, Pittsburgh, PA 15236-0269 |
| 15397016 | *+ | Mem Federal Credit Uni, Po Box 18269, Pittsburgh, PA 15236-0269 |
| 15397018 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15397019 | *+ | Syncb/bp Dc, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15397020 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15403792 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15397021 | * | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

15397022 * Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306

TOTAL: 3 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Corey J. Sacca | on behalf of Debtor David F Delmastro csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Garry Alan Masterson | on behalf of Creditor HTD Leasing LLC dba Ford Motor Company, LLC pitecf@weltman.com, gmasterson@weltman.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6