**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAVID F DELMASTRO | Case No.:21-21420 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/17/2021 and confirmed on 8/24/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 141,134.00 |
| Less Refunds to Debtor | 2,212.75 | |
| TOTAL AMOUNT OF PLAN FUND | | 138,921.25 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,200.00 | |
| Trustee Fee | 6,961.96 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,161.96 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 4733 | 0.00 | 44,857.21 | 0.00 | 44,857.21 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 4733 | 1,578.28 | 1,578.28 | 0.00 | 1,578.28 |
| CENTURY HERITAGE FCU*<br>Acct: 3540 | 3,906.00 | 3,906.00 | 171.96 | 4,077.96 |
| CENTURY HERITAGE FCU*<br>Acct: 3520 | 15,412.00 | 15,412.00 | 1,632.87 | 17,044.87 |
| | | | | 67,558.32 |
| Priority | | | | |
| COREY J SACCA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID F DELMASTRO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID F DELMASTRO<br>Acct: | 1,085.00 | 1,085.00 | 0.00 | 0.00 |
| DAVID F DELMASTRO<br>Acct: | 1,127.75 | 1,127.75 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ++<br>Acct: | 4,200.00 | 4,200.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO LLC(*)<br>Acct: 5159 | 7,552.71 | 7,552.71 | 0.00 | 7,552.71 |
| | | | | 7,552.71 |
| Unsecured | | | | |
| AMERICAN EXPRESS<br>Acct: 0843 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA**<br>Acct: 9496 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 3,744.32 | 1,822.13 | 0.00 | 1,822.13 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 6564 | | | | |
| | BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6800 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 1,220.01 | 593.71 | 0.00 | 593.71 |
| | Acct: 2296 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 2,961.70 | 1,441.27 | 0.00 | 1,441.27 |
| | Acct: 4362 | | | | |
| | CAPITAL ONE NA BY AMERICAN INFOSOU | 505.38 | 245.94 | 0.00 | 245.94 |
| | Acct: 1339 | | | | |
| | CITIBANK NA** | 1,657.60 | 806.64 | 0.00 | 806.64 |
| | Acct: 5943 | | | | |
| | CITIBANK NA** | 1,011.12 | 492.05 | 0.00 | 492.05 |
| | Acct: 0170 | | | | |
| | LVNV FUNDING LLC | 9,999.82 | 4,866.27 | 0.00 | 4,866.27 |
| | Acct: 9406 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1297 | | | | |
| | DISCOVER BANK(*) | 2,387.47 | 1,161.83 | 0.00 | 1,161.83 |
| | Acct: 6248 | | | | |
| | US BANK NA D/B/A ELAN FINANCIAL SER\ | 7,203.88 | 3,505.67 | 0.00 | 3,505.67 |
| | Acct: 5048 | | | | |
| | FIFTH THIRD BANK | 493.93 | 240.37 | 0.00 | 240.37 |
| | Acct: 3244 | | | | |
| | HSBC BANK USA NA | 5,715.76 | 2,781.50 | 0.00 | 2,781.50 |
| | Acct: 6916 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 47,715.66 | 23,220.16 | 0.00 | 23,220.16 |
| | Acct: 5071 | | | | |
| | MEM FEDERAL CREDIT UNION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0219 | | | | |
| | PNC BANK NA | 3,536.68 | 1,721.08 | 0.00 | 1,721.08 |
| | Acct: 0856 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 1,314.37 | 639.62 | 0.00 | 639.62 |
| | Acct: 9096 | | | | |
| | LVNV FUNDING LLC | 9,954.24 | 4,844.09 | 0.00 | 4,844.09 |
| | Acct: 3020 | | | | |
| | US BANK NA** | 3,818.24 | 1,858.09 | 0.00 | 1,858.09 |
| | Acct: 0278 | | | | |
| | WELLS FARGO BANK NA | 3,657.59 | 1,779.92 | 0.00 | 1,779.92 |
| | Acct: 7764 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE - A | 108.23 | 52.67 | 0.00 | 52.67 |
| | Acct: 0001 | | | | |
| | FORD MOTOR CREDIT CO LLC(*) | 1,182.08 | 575.25 | 0.00 | 575.25 |
| | Acct: 5159 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3020 | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 52,648.26 |
| TOTAL PAID TO CREDITORS | | | | | 127,759.29 |

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 7,552.71 |
| SECURED | 20,896.28 |
| UNSECURED | 108,188.08 |

Date: 08/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DAVID F DELMASTRO

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:21-21420

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this ______________day of ________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:
David F Delmastro
Debtor

Case No. 21-21420-GLT
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 25, 2026 | Form ID: pdf900 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David F Delmastro, 126 Lynnwood Avenue, Belle Vernon, PA 15012-2202 |
| 15526620 | + | James A Steiner, 1230 Hulton Road, Oakmont, PA 15139-1136 |
| 15386112 | + | Mem Credit Union, P O Box 18269, Pittsburgh, PA 15236-0269 |
| 15386113 | + | Mem Federal Credit Uni, Po Box 18269, Pittsburgh, PA 15236-0269 |
| 15397017 | + | Mem Federal Credit Union, Po Box 18269, Pittsburgh, PA 15236-0269 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2026 02:02:22 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Aug 26 2026 01:53:00 | HTD Leasing LLC, dba Ford Motor Company, LLC, c/o Weltman, Weinberg & Reis, Co., L.P.A, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2026 02:02:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 26 2026 01:52:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2026 02:02:24 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15386094 | + | Email/PDF: bncnotices@becket-lee.com | Aug 26 2026 02:02:46 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15386095 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 26 2026 01:52:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15386096 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 26 2026 01:52:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15386097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:38 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15386098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2026 02:02:23 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15394289 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2026 02:02:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15386100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2026 02:02:23 | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15386101 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:26 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

| | | | | |
|---|---|---|---|---|
| 15386102 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:26 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15526621 | + | Email/Text: rmelani@chfcu.org | Aug 26 2026 01:53:00 | Century Heritage Federal Credit Union, 700 Regis Avenue, Pittsburgh, PA 15236-1425 |
| 15386103 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:52 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 15404214 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15386104 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2026 02:02:39 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15387744 | | Email/Text: mrdiscen@discover.com | Aug 26 2026 01:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15386105 | + | Email/Text: mrdiscen@discover.com | Aug 26 2026 01:52:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15386106 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 26 2026 01:53:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 15386107 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 26 2026 01:53:00 | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15390642 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Aug 26 2026 01:52:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 15386108 | + | Email/Text: EBNBKNOT@ford.com | Aug 26 2026 01:53:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15388304 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2026 02:02:24 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15404872 | ^ | MEBN | Aug 26 2026 01:50:35 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 15386109 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 26 2026 01:52:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 15386110 | + | Email/Text: bankruptcy@huntington.com | Aug 26 2026 01:52:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15397013 | ^ | MEBN | Aug 26 2026 01:50:38 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 15405586 | ^ | MEBN | Aug 26 2026 01:50:22 | LAKEVIEW LOAN SERVICING LLC, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15604138 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 02:02:35 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15399860 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 02:02:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15386111 | + | Email/Text: camanagement@mtb.com | Aug 26 2026 01:52:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15404957 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2026 01:52:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15386114 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2026 01:52:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15401258 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2026 02:02:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15405587 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 26 2026 01:53:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15386115 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2026 02:02:34 | Syncb/bp Dc, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15386116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2026 02:02:35 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15386487 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2026 02:02:47 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15387130 | + | Email/Text: bankruptcy@huntington.com | Aug 26 2026 01:52:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15402324 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 26 2026 01:53:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15400715 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 26 2026 01:53:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 15386117 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 26 2026 01:53:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15402198 | | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2026 02:02:35 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15386118 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 26 2026 02:02:46 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15388445 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 26 2026 02:02:36 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING LLC |
| 15386099 | | Capital One Bank Usa N |
| 15397001 | | Capital One Bank Usa N |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15396996 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15396997 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15396998 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15396999 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15397000 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15397002 | *+ | Capital One, N.a., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15397003 | *+ | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15397004 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15397005 | *+ | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 15397006 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15397007 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15397008 | * | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 15397009 | *+ | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15397010 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15397011 | *+ | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 15397012 | *+ | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15397014 | *+ | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15397015 | *+ | Mem Credit Union, P O Box 18269, Pittsburgh, PA 15236-0269 |
| 15397016 | *+ | Mem Federal Credit Uni, Po Box 18269, Pittsburgh, PA 15236-0269 |
| 15397018 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15397019 | *+ | Syncb/bp Dc, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15397020 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15403792 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15397021 | * | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

15397022 * Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306

TOTAL: 3 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Corey J. Sacca | on behalf of Debtor David F Delmastro csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Garry Alan Masterson | on behalf of Creditor HTD Leasing LLC dba Ford Motor Company, LLC pitecf@weltman.com, gmasterson@weltman.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6