**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>David F. Delmastro,<br>Debtor(s)<br><br>David F. Delmastro,<br>Movant(s)<br>v.<br>No Respondent(s) | Bankruptcy No. 21-21420-GLT<br><br>Chapter 13 |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor(s) has made all payments required by the Chapter 13 Plan.
2. The Debtor(s) is/are not required to pay any Domestic Support Obligations.
3. The Debtor(s) is/are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor(s) has/have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.
4. On August 25, 2026, at docket number 92, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing the Certificates of Completion of Personal Financial Management Course.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

October 20, 2026
Date

/s/David F. Delmastro
Debtor

Respectfully submitted,

Dated: October 20, 2026

/s/ Corey J. Sacca

Corey J. Sacca, Esquire
PA ID 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave.
Greensburg, PA 15601
724-832-2499
csacca@bononilaw.com